**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7895**

———————

STONEY WILLIAM AULT,

                Petitioner - Appellant,

     v.

TERESA WAID, Warden, Huttonsville Correctional Center,

                Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins. Robert E. Maxwell, Senior
District Judge. (2:07-cv-00088-REM-JSK)

———————

Submitted: February 28, 2011        Decided: March 4, 2011

———————

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stoney William Ault, Appellant Pro Se. Robert David Goldberg,
Assistant Attorney General, Charleston, West Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stoney William Ault appeals district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ault v. Waid</u>, No. 2:07-cv-00088-REM-JSK (N.D. W. Va. Sept. 16, 2009). We also deny Ault's motion to seal the record on appeal. Local Rule 25(c)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>